**[Dodsmdef]** [Dismissing for Deficiencies]

ORDERED.

Dated: September 10, 2020

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

T & C Downtown Development, LLC
dba District 534 From Scratch Kitchen
dba 534 Scratch Kitchen

Case No.
6:20–bk–04605–LVV
Chapter 11

_____Debtor*_____/

ORDER DISMISSING CASE

   THIS CASE came on for consideration upon the Court's own motion. The Debtor has failed to file or correct deficiencies in the item(s) indicated below by August 30, 2020 . The Court advised the Debtor of these requirements in either a Notice of Deficient Filing or by separate notice or order of the Court.

   Failure to file any or all Schedules A–J as required.

   Failure to file a properly signed Declaration Concerning Schedules.

   Failure to file a Summary of Assets.

   Failure to file Statement of Financial Affairs.

   Failure to file a Chapter 11 Case Management Summary.

   Failure to file one or all the papers required by 11 U.S.C. § 1116(1) which includes: the most recent balance sheet, statement of operations, cash–flow statement and/or Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations or cash–flow statement has been prepared and no Federal tax return has been filed.

   Accordingly, it is **ORDERED**:

1. The case is dismissed without prejudice.

2. All pending hearings are canceled with the exception of any currently scheduled hearing on a motion for relief from stay or on an Order to Show Cause over which the Court reserves jurisdiction.

.

Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.